HAROLD SMITH, Respondent, v. MARY SMITH, Respondent. COUNTY OF SULLIVAN, Appellant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

MARLBOROUGH MANUFACTURING & SUPPLY Co., Respondent, v. THOMAS G. BOCCHINO, Appellant.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur. [See *post,* p. 1138; 1 A D 2d 751.]